# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

—————————————————

No. 1D18-2330

—————————————————

MICHAEL WADE BARFIELD,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

—————————————————

On appeal from the Circuit Court for Franklin County.
Terry Lewis, Judge.

February 15, 2019

PER CURIAM.

AFFIRMED.

B.L. THOMAS, C.J., and ROBERTS and OSTERHAUS, JJ., concur.

—————————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

—————————————————

Michael Wade Barfield, pro se, Appellant.

Ashley B. Moody, Attorney General, Tallahassee, for Appellee.